Case No: Initial   Inmate Name: Snow

Zachory Wayne Snow   #122130   Inmate IDOC#: 122130
(full name/prisoner number)

IMSI   Document Title: Federal Civil Rights
PO Box 51
Boise ID 83707   Total Pages: 11   Inmate Initials Verifying Page Count: ZS
(complete mailing address)

Document(s) 1 of 1

U.S. COURTS

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

AUG 06 2019

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Zachary Wayne Snow,
(full name)
                    Plaintiff,

v.

Corizon Healthcare

                    Defendant(s).

(if you need additional space, use a blank page
for a continuation page)

Case No. 1:19-cv-00305-DCN
(to be assigned by Court)

PRISONER COMPLAINT

Jury Trial Requested:  ☒ Yes   ☐ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
(check all that apply):

☒ 42 U.S.C. § 1983 (applies to state, county, or city defendants)
☐ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal government defendants only)
☐ Other federal statute (specify) _____; or diversity of citizenship.
☐ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Zachary Wayne Snow. I am a citizen of the State of Idaho, presently residing at IDAHO MAXIMUM SECURITY INSTITUTION.

PRISONER COMPLAINT - p. 1   (Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Corizon Healthcare**, who was acting as **medical provider**
   (defendant)                                                                 (job title, if a person; function, if an entity)

   for the **Idaho department of corrections**.
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on **8-4-17 \ 5-18-18 \ 8-4-18**, Defendant did
   (dates)

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   on 8-4-17 I was prescibed the medication Zoloft (sertraline) a SSRI, I was not worned of the rare, or serious sid-effects of this medication on 5-18-18 I asked for any and all side effects of my current medication's Zoloft and depicote, I was tolled there where no med side effects to add l I continued to take these medications based on This, then on 8-4-18 I was Taken To The ICU with Serotonin Syndrome AKA (SS) a rare but serios side effect of Zoloft (sertraline) a SSRI That i was not made aware of ê had I known of this side effect i would have Refused The medication and Treatment

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   The fourteenth amendment Right To refuse medical Treatment, contains a concomitient right To information nessesary To make a informed decision

4. I allege that I suffered the following injury or damages as a result:
   Coma, near deth, musle Loss, servere pain, mental anguish, permanent Scaring, and wanton infliction of pain, night Terrors,

5. I seek the following relief: Compensentory damage's for 250 million dollars and monitary damagese for 125 million dollars.

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☒ Yes  ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. concering HSA + exosting full grivace proces and verbaly talking To The medical staff.

PRISONER COMPLAINT - p. 2                                                                                          (Rev. 10/24/2011)

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|-------|----------|-----------|----------------|---------|
|       |          | N/A       |                |         |
|       |          |           |                |         |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☒  do not ◯  request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

I am untrained in Law and will be at a considerable disadvantage if made to Represent myself in any Court procidings

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on _____ *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date)*; OR *(specify other method)* _____.

Executed at Boise Idaho on 8-6-19.
            *(Location)*              *(Date)*

Snow
*Plaintiff's Original Signature*

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.



# Idaho Department of Correction
# Grievance Form

| | | | |
|---|---|---|---|
| Offender Name: | SNOW, ZACHARY WAYNE | Location: | IMSI |
| Offender Number: | 122130 | Number: | IM 190000193 |
| | | Category: | MEDICAL/HEALTHCARE |

### Offender Grievance Information

Date Received: 05/20/2019

The problem is:

On 8/4/18 I went to the ICU with a side effect of my Zoloft (sertraline) a SSRI on 5/11/19 I sent a concern form to HSA Tucket asking why this side effect known as serotonin syndrome (SS) was not listed. The response was its I qoat(sp) "very rare and is not usually a determiner for treatmen(sp)." End qoat(sp) this dose(sp) not mater how rare should be listed.

I have tried to solve this problem informally by:

Talking to C/O's nursing and researching(?) facts of med and kiting medical.

I suggest the following solution for the problem:

Due to the seriousness, this be listed on meds known to caus (SS) and provide info regard(?) and allow exost(sp) to proceed with further action.

### Level 1 - Initial Response

| | | | |
|---|---|---|---|
| Date Forwarded: | 05/20/2019 | Date Returned: | 06/12/2019 |
| Date Due Back: | 06/03/2019 | Level 1 Responder: | GRACE, MICHAEL |

The response from the staff member or person in charge of the area/operation being grieved:

Mr. Snow,

Serotonin syndrome usually presents with a wide range of symptoms which may include agitation, confusion, hypertension, anxiety, disorientation, increased or irregular heartbeat, diarrhea, nausea, dizziness, headaches, tremors, unconsciousness and heavy sweating. This is not a complete list of symptoms of serotonin syndrome as the presentation of serotonin syndrome is extremely variable, ranging from mild symptoms to life threatening. Though serotonin syndrome itself was not listed as a side effect of the medication Zoloft, which you were prescribed, many of it's symptoms were listed. Nonetheless, you do bring up a great point that additional education and information can be included within our psychotropic medication consent forms. Many medications can present with hundreds of side effects; however, we will make sure that all of our psychotropic medication consent forms contain the most common ones. We are also working on adding a disclaimer to the consent forms which informs the patient that the list of common side effects are not exhaustive and that there are less common side effects to these medications. This will provide the patient an opportunity to ask additional questions regarding those side effects and obtain information on them as needed. If you would like more information regarding serotonin syndrome or any side effect related to medication you may be taking, please feel free to submit an HSR and we would be happy to provide it.

IM 190000193      SNOW, ZACHARY WAYNE            122130

### Level 2 - Reviewing Authority Response

| | | | |
|---|---|---|---|
| Date Forwarded: | 06/12/2019 | Grievance Disposition: | GRANTED |
| Date Due Back: | 06/28/2019 | Level 2 Responder: | TUCKETT, JOSHUA |
| Date Returned: | 06/28/2019 | Response sent to offender: | 06/28/2019 |

Your grievance has been reviewed and I find:

Mr. Snow

Your grievance has been approved.

Due to your excellent suggestion, we are in the process of updating all of the mental health consent forms so that all patients are aware that there are other side effects besides the most common that are listed on the consent forms. Unfortunately, there are hundreds of potential side-effects to every medication, so we are unable to list each one on the consent form, but this will facilitate better communication and allow all patients to discuss any questions with the provider before starting a mental health medication.

### Offender Appeal

Offender Comments:

My Zoloft med sheet dose(sp) not have mention as to the side effects being spec to serotonin syndrome (SS) just them being common side effects. This does not show (SS) symptoms were mention. This is wrong (?) to grace,es statement(?) on level one responder, also I asked what other side effects there are and was tolled(sp) and I qoat(sp): the consent to Zoloft had all side effects on it the are no side effects to add. End qoat(sp) see attached - info.

### Level 3 - Appellate Authority Response

| | | | |
|---|---|---|---|
| Date Appealed: | 07/02/2019 | Grievance Disposition: | MODIFIED |
| Date Forwarded: | 07/02/2019 | Level 3 Responder: | SIEGERT, RONA |
| Date Due Back: | 07/18/2019 | Response sent to offender: | 07/17/2019 |
| Date Returned: | 07/17/2019 | | |

Your appeal has been reviewed and I find:

Grievance Appeal Disposition: Modified

Mr. Snow:

I'm sorry you had a bad side effect to your medication. It appears the first and second responders to this grievance agree with your request for additional side effect information and will be changing the way that information is disclosed on the medication consent forms. Please remember, at each clinic visit you have the ability to ask questions or request additional information.